UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61971-CIV-COHN

STEVE JEFFERSON,

Magistrate Judge Seltzer

    Plaintiff,

vs.

BURGER KING CORPORATION,

    Defendant.
_____/

## FINAL SUMMARY JUDGMENT

**THIS CAUSE** is before the Court upon the separately entered order granting Burger King Corporation's Motion for Summary Judgment.  Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Burger King Corporation, and against Steve Jefferson, and Plaintiff shall take nothing from Defendants in this action;

2. The Clerk may close this case and remove the case from the trial calendar.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of May, 2012.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record on CM/ECF

Steve Jefferson, pro se (via CM/ECF regular mail)